■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARNEST McDANIEL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 20, 1974, convicting him of attempted possession of weapons, etc., as a felony, upon a plea of guilty, and imposing sentence. This appeal brings up for review a determination of the same court, which, after a hearing, denied defendant's motion to suppress physical evidence. Judgment reversed, on the law, motion granted, and indictment dismissed. The findings of fact are affirmed. A revolver was discovered during the course of a vehicle check which was prompted merely by caprice or curiosity and, as such, violated defendant's Fourth Amendment protection against unreasonable searches and seizures (see *People v Ingle,* 36 NY2d 413). Since the stop was constitutionally impermissible, all evidence thereby seized should have been suppressed. With commendable candor, the District Attorney agrees that the above disposition must be

made. Latham, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.